1  PACIFIC TRIAL ATTORNEYS
2  A Professional Corporation
   Scott J. Ferrell, Bar No. 202091
3  sferrell@pacifictrialattorneys.com
   Victoria C. Knowles, Bar No. 277231
4  vknowles@pacifictrialattorneys.com
   4100 Newport Place Drive, Ste. 800
5  Newport Beach, CA 92660
   Tel: (949) 706-6464
6  Fax: (949) 706-6469

7  Attorneys for Plaintiff

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GIVENCHY CORPORATION, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:23-cv-00710-RSH-DEB<br>Assigned to Judge Robert S. Huie<br><br><br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed: April 18, 2023 |

**TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated that request for dismissal in accordance with Rules 23(e) and 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure will be filed within sixty (60) days of the date of this Notice.

Dated: May 16, 2023

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2023, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.