UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ,<br><br>                 Plaintiff,<br><br>v.<br><br>GIVENCHY CORPORATION,<br><br>                 Defendant. | Case No.: 23-CV-00710-RSH-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>**[ECF No. 8]** |

On July 20, 2023, the Parties filed a joint motion for voluntary dismissal of the instant action with prejudice. ECF No. 8. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has satisfied the requirements here. Accordingly, the Court **DISMISSES** this action **WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the case.

      **IT IS SO ORDERED**.

Dated: July 21, 2023

*Robert S. Huie*
Hon. Robert S. Huie
United States District Judge